UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JASON CHRISTIAN VARNER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:15-CV-109 |
| § | |
| JUAN M GARCIA, *et al*, § | |
| § | |
| Defendant. § | |

## OPINION AND ORDER OF TRANSFER

This is a civil rights action filed by a Texas state prisoner. Plaintiff Jason Christian Varner is currently incarcerated at the John B. Connally Unit in Kenedy, Texas. (D.E. 1, Page 2). In his complaint, Petitioner challenges conditions relating to his confinement. (D.E. 1, Pages 4-5). Specifically, Petitioner alleges he was assaulted by a correctional officer and other inmates, his mail is being tampered with, he is being denied access to the law library, false allegations were made by Connally Unit staff in a different federal court action, and he is being denied a unit transfer. (D.E. 1, Pages 4-5).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, the events about which Plaintiff complains occurred in Karnes County, Texas. (D.E. 1). None of the Defendants resides or is found in the Corpus Christi Division of the Southern District of Texas. Karnes County lies within the San Antonio Division of the Western District of Texas. 28 U.S.C. § 124(d)(4). Therefore, the interests of justice would be served by a transfer to the San Antonio Division of the Western District of Texas. Accordingly, it is **ORDERED** that this case be transferred to the United States District Court for the Western District of Texas, San Antonio Division.

ORDERED this 9th day of March, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE